# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
(A LAW CORPORATION)
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130
TELEPHONE: 504.568.1990 | FACSIMILE: 504.310.9195

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 13 2022

TONY R. MOORE, CLERK
BY: KW
DEPUTY

ABIGAIL F. GERRITY

E-Mail: agerrity@lawla.com

April 11, 2022

**21-cv-1558**

<u>Via U.S. Mail</u>
Clerk of Court
United States District Court
Western District of Louisiana
800 Lafayette Street, Suite 4500
Lafayette, Louisiana 70501

Re: *The Pathology Laboratory, Inc. v. Mt. Hawley Ins. Co.*
USDC - WDLA – Civil Action No. 21-1558
Our Matter No.: 37670-210529

Dear Sir or Madam:

Pursuant to WDLA L.R. 16.4, this letter is to advise that the captioned matter has settled.

With best regards, I am

Sincerely,

*Abigail F. Gerrity*

Abigail F. Gerrity

AFG/msb
cc: The Honorable James D. Cain, Jr. (Via U.S. Mail)
Merrick J. Norman, Jr. (Via E-Mail: Rick.Norman@taylorporter.com)
Judson M. Norman (Via E-Mail: jud.norman@taylorporter.com)
Amy C. Lambert (Via E-Mail: amy.lambert@taylorporter.com)
William H. Patrick, IV (Via E-Mail: will.patrick@taylorporter.com)

***Lugenbuhl, Wheaton, Peck, Rankin & Hubbard***
Clerk of Court – Western District of Louisiana
April 11, 2022
Page 2


The Honorable James D. Cain, Jr.
United States District Court
Western District of Louisiana
800 Lafayette Street, Suite 4500
Lafayette, Louisiana 70501